UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICHARD ERIC STEWART,<br>Defendant. | Case No. 13-cr-00131-PJH-1<br><br>**ORDER DENYING REQUEST FOR TRANSCRIPTS**<br><br>Re: Dkt. No. 53 |

Before the court is the request of defendant Richard Eric Stewart for copies of the transcripts from his plea hearing and sentencing hearing. As defendant is represented on his appeal from the order denying his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, his request for the court to provide transcripts is DENIED. Defendant is encouraged to consult with his attorney about obtaining the requested transcripts.

**IT IS SO ORDERED.**

Dated: June 27, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge