| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ROBERT DAVID REES (CABN 229447)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | Email: Robert.rees@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICHARD STEWART,<br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | NO. CR 13-131 PJH<br><br>STIPULATION TO CONTINUE POTENTIAL DISPOSITION DATE FROM APRIL 28, 2022 TO MAY 12, 2022 AND ORDER AS MODIFIED BY THE COURT |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant RICHARD STEWART, that the currently scheduled status hearing on April 28, 2022 at 10:00AM be continued to May 12, 2022 at 10:00AM because the parties are still working toward a resolution to this case that may involve waiver of indictment and disposition of this matter and new charges filed by information.

A status/disposition conference was to have been held on April 28, 2022, but the parties have not completed their negotiations yet.  Accordingly, the government and counsel for the defendant agree to continue that status hearing to April 28, 2022 at 10:00AM and continue the matter to May 12, 2022 at 10:00AM or at any such time as is convenient for the Court.

The undersigned Assistant United States Attorney certifies that he has obtained approval from

1 | counsel for the defendant to file this stipulation and proposed order.

3 |     IT IS SO STIPULATED.

4 | DATED: April 26, 2022                      /s/
                                            ROBERT DAVID REES
                                            Assistant United States Attorney

DATED: April 26, 2022                      /s/
                                            CHARLES WOODSON, ESQ.
                                            Counsel for Defendant Richard Stewart

## ORDER AS MODIFIED BY THE COURT

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the hearing previously set for April 28, 2022 to May ~~12~~ 19, 2022 at 11:00AM.

IT IS SO ORDERED.

DATED: 4/27/2022

IT IS SO ORDERED
AS MODIFIED
Judge Phyllis J. Hamilton

HON. PHYLLIS J. HAMILTON
United States District Judge