UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD ERIC STEWART,<br><br>　　　　　Defendant. | Case No. 13-cr-00131-PJH-1<br><br>**ORDER REFERRING CRIMINAL MATTER TO MAGISTRATE JUDGE**<br><br>Re: Dkt. 80 |

Pursuant to Civil Local Rule 72-1 and Criminal Local Rule 2-1, this matter is referred to the Oakland duty magistrate judge for a determination on defense counsel's motion to withdraw as counsel (Dkt. 80). See Fed. R. Crim. P. 59. The parties shall contact the magistrate judge's courtroom deputy for a date for any hearing.

**IT IS SO ORDERED.**

Dated: May 2, 2022

　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge